```
LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-MC-00033-SMS |
| ) | |
| Plaintiff, ) | ORDER FOR APPEARANCE OF |
| ) | JUDGMENT DEBTOR |
| v. ) | |
| ) | |
| ) | |
| RODNEY D. JONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff, United States of America, having moved the Court for and Order requiring the Defendant, Rodney D. Jones to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

    It is ORDERED that Defendant, Rodney D. Jones, appear at <u>9:30 a.m.</u> on the <u>14th</u> day of <u>August</u>, 2009, Courtroom <u>7</u>, United States Courthouse, 2500 Tulare Street, Fresno, California 93721, to answer questions concerning Defendant's real and personal property.

    It is further ORDERED that Defendant bring the following documents:

    1.    Copies of personal and business income tax returns for the years 2006, 2007, and 2008.

    2.    Copies of all personal and business bank statements for the years 2006, 2007 and 2008.

    3.    Record of any safe deposit box in your name of that of your spouse.

    4.    Copy of title or deed of personal residence if owned by you or any member of your

1  family.  If not, a copy of proof of ownership by unrelated party.

2    5. Copy of title or license of automobiles, airplanes, motorcycles, and boats owned or
3  driven by you or your spouse.

4    DEFENDANT, RODNEY D. JONES, IS HEREBY ADVISED THAT FAILURE TO APPEAR
5  AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT
6  BEING ISSUED FOR DEFENDANT'S ARREST.  A COPY OF THIS ORDER, TOGETHER WITH
7  COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON
8  DEFENDANT FORTHWITH.

10  IT IS SO ORDERED.

11  **Dated:   July 15, 2009**              **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE

2    ORDER FOR APPEARANCE OF JUDGMENT DEBTOR